**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MARQUES BERNARD and**                                                      **PLAINTIFFS**
**ALLISON BERNARD, Husband and**
**Wife, Individually and as Parents,**
**Guardians, and Next Friends of Jaiden**
**Edwards, Asher Bernard, and**
**Avery Bernard, Minors**

**v.**                              **Case No: 4:24-cv-00190-LPR**

**ORKIN, LLC and ROLLINS, INC.**                                            **DEFENDANTS**

## ORDER

On May 12, 2025, Plaintiffs filed a motion to dismiss this case with prejudice pursuant to the terms of the parties' settlement.[1]  Defendants have notified the Court via e-mail that they do not object to Plaintiffs' motion.  Accordingly, Plaintiff's Motion to Dismiss (Doc. 36) is GRANTED and this case is DISMISSED with prejudice.  The Clerk is instructed to close this case.

If any party desires to make the terms of settlement a part of the records herein, those terms should be reduced to writing and filed with the Court within thirty (30) days from the date of this Order.  The Court will retain jurisdiction of this matter for thirty (30) days to ensure compliance with the terms of the parties' settlement.

IT IS SO ORDERED this 13th day of May 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Mot. to Dismiss (Doc. 36).