# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MARQUES BERNARD and**                                                             **PLAINTIFFS**
**ALLISON BERNARD, Husband and**
**Wife, Individually and as Parents,**
**Guardians, and Next Friends of Jaiden**
**Edwards, Asher Bernard, and**
**Avery Bernard, Minors**

v.                     Case No: 4:24-cv-00190-LPR

**ORKIN, LLC and ROLLINS, INC.**                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 13th day of May 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE